[No. 20836-9-II.    Division Two.    April 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK DWAYNE LAMP, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-8-00692-8, Thomas Felnagle, J., entered May 1, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 34769-1-I.    Division One.    April 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH JENNINGS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-01365-0, Ronald L. Castleberry, J., entered June 9, 1994. *Affirmed* by unpublished per curiam opinion.

[Nos. 35100-1-I; 39230-1-I.    Division One.    April 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH PAUL DANIELS, *Appellant*.

*In the Matter of the Personal Restraint of* JOSEPH PAUL DANIELS, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-06175-3, Patricia H. Aitken, J., entered August 15, 1997, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Becker, J., concurred in by Agid and Ellington, JJ.

[No. 35279-2-I.    Division One.    April 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL DEAN SPENCER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01904-6, Donald D. Haley, J., entered August 26, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Ellington, JJ.